UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
STEVEN D. ANDERSON
ELLEN M. ANDERSON  CASE NO. 12-81317

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Nationstar Mortgage LLC   **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 8483

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4755.40 |
| Amount Paid by Trustee | $4755.40 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan    ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/10/17        /s/Lydia S. Meyer
                       Lydia S. Meyer, Trustee
                       308 W. State St., Suite 212
                       Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 10th Day of May, 2017.

Dated:  5/10/17        /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX 75261-9741

AURORA LOAN SERVICES INC.
BANKRUPTCY DEPARTMENT
10350 PARK MEADOWS DRIVE
LITTLETON, CO 80124

NATIONSTAR MORTGAGE, LLC
PO BOX 650783
DALLAS, TX 75265-0783

ANNA C. STANLEY
C/O POTESTIVO & ASSOCIATES
223 W. JACKSON BLVD. STE. 610
CHICAGO, IL 60606

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

STEVEN D. ANDERSON
ELLEN M. ANDERSON
27353 FIVE POINT RD.
SYCAMORE, IL  60178

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603